IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHAM HUE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 06-2409** |
| | : | |
| **EDWARD KLEM et al.** | : | |

## ORDER

AND NOW, this 16th day of January, 2007, upon consideration of the Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo and the Objections thereto, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) The Petition for Writ of Habeas Corpus is DENIED; and

(3) A certificate of appealability shall not be issued since, for the reasons set forth in the Report and Recommendation, petitioner has not made a substantial showing of the denial of a constitutional right.

(4) The Clerk's Office shall close this case for statistical purposes.

IT IS SO ORDERED.

*/s Paul S. Diamond, J.*

_____
Paul S. Diamond, J.